FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:41 am, Mar 22, 2022
JEFFREY P. COLWELL, CLERK

Colorado Case: 22-mj-00150-NYW

UNITED STATES OF AMERICA

v.

MIRCEA BARZECU

WARRANT FOR ARREST

CASE NUMBER: 22CR150

UNDER SEAL

To:   The United States Marshal and Any Authorized Officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay MIRCEA BARZECU,
who is accused of an offense or violation based on the following document filed with the court:

☒ Complaint

This offense is briefly described as follows:

  conspiring to knowingly and with the intent to defraud use counterfeit access devices and possess 15 or more access devices

  in violation of Title 18, United States Code, Sections 1029(a)(3) and 1029(b)(2).

Date: March 17, 2022

_____Sheila Finnegan_____
*Issuing Officer's signature*

City and state: Chicago, Illinois

SHEILA FINNEGAN, U.S. MAGISTRATE JUDGE
*Printed name and title*

Bail fixed at $_____ by   _____
*Name of Judicial Officer*

### Return

This warrant was received on *(date)* 03/17/2022, and the person was arrested on *(date)* 03/18/2022

at *(city and state)* Lakewood, CO.

Date: 03/21/2022

_____[signature]_____
*Arresting officer's signature*

Jamaal Hairston, USSS
*Printed name and title*