AO 91 (Rev. 11/11) Criminal Complaint                    AUSA Elie Zenner (312) 697-4032



FILED
3/17/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MIRCEA BARZECU

CASE NUMBER:   22CR150

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### Count One

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1029(a)(3) and (b)(2) | From on or about December 21, 2021, and continuing until on or about December 26, 2021, throughout the Northern District of Illinois, Eastern Division, MIRCEA BARZECU conspired with Individual A to knowingly, and with intent to defraud, possess fifteen or more unauthorized access devices, namely credit and debit card numbers, affecting interstate and foreign commerce. |

This criminal complaint is based upon these facts:

 X   Continued on the attached sheet.

/s/ William Chrones
WILLIAM CHRONES
Special Agent,
United States Secret Service

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: March 17, 2022

_Judge's signature_

City and state: Chicago, Illinois

SHEILA M. FINNEGAN, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, WILLIAM CHRONES, being duly sworn, state as follows:

1.      I am a Special Agent with the United States Secret Service ("USSS" or "Investigating Agency"). I am currently assigned to the USSS Chicago Field Division. I have been employed as a Special Agent for 15 years. During my time as a Special Agent, I have participated in investigations into wire fraud, access device fraud, bank device fraud, and counterfeiting. My investigations have included the use of GPS tracking warrants, and I have been involved in various types of electronic surveillance, and in the debriefing of defendants, witnesses, informants, and others who have knowledge of criminal activities. I have further been involved in the preparation of affidavits for search warrants, and I have participated in the execution of searches.

2.      This affidavit is submitted in support of a criminal complaint charging MIRCEA BARZECU ("BARZECU) with conspiring with Individual A to knowingly, and with intent to defraud, possess fifteen or more unauthorized access devices, namely credit and debit card numbers, affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 1029(b)(2).

3.      Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint MIRCEA BARZECU with conspiring to possess unauthorized access devices, I have not included each and

every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendants committed the offense alleged in the complaint.

4.     This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and officers, information received from other witnesses, review of surveillance photographs and videos, review of public records databases, my training and experience, and the training and experience of other law enforcement agents.

## I.     SUMMARY

5.     In summary, and as set forth more fully below, BARZECU, along with Individual A and Individual B, have been placing "overlay" credit card skimming devices on point of sale ("POS") payment terminals at numerous Walmart locations in Illinois, Minnesota, and Wisconsin since at least December 2021. Skimming devices are machines that can be surreptitiously placed over a payment terminal and used to obtain all the payment card information (including the accountholder name, card number and expiration date) from cards subsequently used at that terminal. According to Walmart, between the time of placement and the time of recovery, the recovered skimming devices placed collectively by BARZECU, Individual A and Individual B have had access to payment card information for approximately 7,873 credit cards, gift cards and debit cards.

6.     Surveillance videos captured the defendants and their co-conspirator entering and exiting the victim Walmart locations and placing the skimming devices

on POS terminals. Surveillance footage also captured BARZECU and Individual B attempting to and successfully using counterfeit access devices at ATM locations in Wisconsin.

7.      Multiple surveillance videos showed BARZECU and Individual B using a rented Mazda SUV (the "Mazda") to travel to victim Walmart locations.   On February 18, 2022, Magistrate Judge Jeffrey Cole of the United States District Court for the Northern District of Illinois signed a search warrant allowing law enforcement to place a GPS tracking device on the Mazda. On March 14, 2022, law enforcement conducted a traffic stop of the Mazda and identified Individual B and BARZECU as the occupants. Immigration and foreign identification documents show that Individual B and BARZECU match the appearance of the individuals who placed skimming devices in numerous victim Walmart locations.

8.      On or about March 16, 2022, Individual B and BARZECU used the Mazda to travel to Littleton, Colorado. BARZECU and Individual B went into two Colorado Walmart locations and attempted to use multiple counterfeit access devices. Law enforcement surveillance observed them travel to several other retail stores and ATM machines and use or attempt to use access devices.

## II.    FACTS SUPPORTING PROBABLE CAUSE

### a. Walmart Report of Skimming Scheme to Law Enforcement

9.      Since January 2022, I have been involved in an investigation into BARZECU, Individual A and Individual B. On or about January 12, 2022, a Walmart Global Investigator informed me that between December 21 and December 26, 2021,

employees at four Chicago area Walmart stores (located in Bedford Park, Cicero, Northlake, and Niles) had discovered "overlay" credit card skimming devices placed on Point-of-Sale ("POS") terminals. Walmart's internal review of these skimming devices determined that the devices had Bluetooth capabilities, enabling the devices to wirelessly transmit the stolen data. Based on Walmart's internal review of surveillance video, these devices were applied by two male subjects (Individual A and a man subsequently identified during the course of this investigation as BARZECU, as set forth in more detail below).

10. On February 7, 2022, the Walmart Global Investigator informed me that Walmart had identified additional instances where two men (BARZECU and Individual B), placed skimming devices on POS terminals at seven additional Walmart locations throughout Wisconsin and Minnesota.

11. By reviewing transactions at the impacted POS terminals, Walmart investigators determined that the Bluetooth overlay skimmers deployed by BARZECU, Individual A and Individual B had access to at least 7,873 personal credit card numbers, gift card numbers and debit card numbers prior to the devices being discovered and removed by local asset protection agents at each location.

12. According to Walmart investigators, pursuant to Walmart policy, Walmart employees removed the skimming devices on the POS terminals when the devices were identified.

13. Based on my training and experience and my review and analysis of the devices that we have seized, the Bluetooth technology used by the skimming devices

would have allowed BARZECU, Individual A and Individual B to obtain the stolen access card information remotely, without physically returning to the POS terminal to retrieve the device.

14.     Walmart investigators provided me with Walmart surveillance footage of BARZECU, Individual A and Individual B deploying the skimming devices, entering and exiting the Walmart locations, and exiting and entering parking lots near the Walmart locations. My descriptions of each incident below are based on my review of Walmart surveillance footage, as well as other surveillance footage, and my communications with Walmart investigators.

### b. December 21-26, 2021: BARZECU and Individual A Deploy Skimming Devices at Chicago Area Walmart Locations

#### i. December 21, 2021 BARZECU and Individual A Deploy Skimming Device at Cicero Walmart

15.     On December 21, 2021, at approximately 11:11 a.m., a skimming device was placed on a POS terminal at Walmart Store #3004, located at 3320 S. Cicero Avenue, in Cicero, Illinois (the "Cicero Walmart").

16.     Walmart surveillance videos and photographs show BARZECU[1] and Individual A, entering the Walmart together, from the parking lot, at approximately

---

[1] As set forth in more detail below, BARZECU was identified based on the following: First, on March 14, 2022, law enforcement conducted a traffic stop of the Mazda used by the fraudsters to travel to several victim Walmart locations to deploy the skimming devices. During the traffic stop, BARZECU provided a Romanian identification card indicating his name was Mircea Barzecu. Second, surveillance footage of the fraudsters engaged in deploying skimming devices at victim Walmart locations depict an individual matching the appearance of BARZECU at the time of that traffic stop, specifically a heavy-set male, in his 20's or 30's, with a beard. Third, in surveillance footage from December 26, 2022, in Northlake, Illinois shows that the individual deploying the skimming device had an eagle tattoo on his upper back and neck, matching BARZECU's eagle tattoo.

10:30 a.m. BARZECU is the heavier male with his jacket unzipped wearing Jordan brand sneakers. He appears to have a beard and is wearing a puffy Adidas jacket with three stripes near the wrist. The location of their vehicle is beyond the scope of Walmart surveillance cameras. Below are screenshots:

 

17.     Walmart surveillance video shows Individual A placing the skimming device on the POS terminal at 11:11 a.m., while BARZECU stands nearby looking at Individual A. Below is a screenshot:



18.     According to Walmart surveillance, at 11:13 a.m., BARZECU and Individual A exited the Walmart together, after placing the skimming device on the POS terminal. A screenshot is below:



19.     On December 26, 2021, Cicero Walmart employees identified a skimming device affixed to the POS terminal used by BARZECU and Individual A. Walmart employees removed the skimming device.

20.     According to Walmart records, between December 21 and December 26, 2021, the skimming device had access to payment information for 1,162 payment cards, including 728 debit cards, 57 Mastercard credit cards, 5 American Express credit cards, 7 Discover cards, 99 Visa credit cards, 35 Walmart credit cards, 4 Sam's Club credit cards, and 227 EBT cards.

### ii.  December 21, 2021: BARZECU and Individual A Deployed Skimming Device at Bedford Park Walmart

21.     On December 21, 2021, about one hour after BARZECU and Individual A left the Cicero Walmart, at approximately 12:13 p.m., BARZECU and Individual A affixed a skimming device to a POS terminal at Walmart Store #1938, located at 7050

S. Cicero Avenue, in Bedford Park, Illinois (the "Bedford Park Walmart"). The Bedford Park Walmart is located approximately 5 miles south of the Cicero Walmart.

22.     According to Walmart surveillance, at approximately 11:44 a.m., BARZECU and Individual A entered the Bedford Park Walmart together. The location of their vehicle is beyond the scope of Walmart surveillance cameras. A screenshot is below:



23.     BARZECU and Individual A are wearing the same clothing that they wore at the Cicero Walmart, and they match the physical appearance of the individuals from the Cicero Walmart skimming incident.

24.     At approximately 12:13 p.m., Walmart surveillance captured Individual A placing a skimming device on a POS terminal, with BARZECU standing next to him. Below is a screenshot:



25.     At approximately 12:16 p.m., BARZECU and Individual A exited the

Bedford Park Walmart. A screenshot is below:



26.     On December 26, 2021, Bedford Park Walmart employees identified a skimming device affixed to the POS terminal used by BARZECU and Individual A. Walmart employees removed the skimming device.

27.     According to Walmart records, between January 31, 2021 and December 26, 2021, the skimming device had access to payment information for 788 payment cards, including 481 debit cards, 45 Mastercard credit cards, 6 American Express credit cards, 7 Discover cards, 8 Visa credit cards, 21 Walmart credit cards, 3 Sam's Club credit cards, and 134 EBT cards.

### iii.  December 26, 2021: BARZECU and Individual A Deployed Skimming Devices at the Niles Walmart

28.     On December 26, 2021, at approximately 12:02 p.m., a skimming device was placed on a POS terminal at Walmart Store #3725 in Niles, Illinois, (the "Niles Walmart").

29.     Walmart surveillance videos and photographs show BARZECU and Individual A entering the Walmart together from the parking lot at approximately 11:52 a.m. Individual BARZECU is wearing the same puffy Adidas jacket and Jordan brand sneakers as in previous incidents. Individual A is wearing the same North Face puffy jacket as in previous incidents. A screenshot is below:



30.     At approximately 12:02 p.m., Walmart surveillance captured BARZECU placing a skimming device on a POS terminal, with Individual A standing next to him. Below is a screenshot:



31.     At approximately 12:02 p.m. BARZECU and Individual A exited the Walmart together. A screenshot is below:



32.     On December 26, 2021, at 3:09 p.m., Niles Walmart employees identified a skimming device affixed to the POS terminal used by BARZECU and Individual A. Walmart employees removed the skimming device.

33.     According to Walmart records, between 12:02 p.m. and 3:09 p.m., the skimming device had access to payment information for 36 payment cards, including 16 debit cards, 10 Mastercard credit cards, 1 Discover cards, 4 Visa credit cards, 3 Walmart credit cards, and 2 EBT cards.

### iv.  December 26, 2021: BARZECU and Individual A Deployed Skimming Devices at the Northlake Walmart

34.     On December 26, 2021, a skimming device was placed on a POS terminal at Walmart Store #1933 in Northlake, Illinois (the "Northlake Walmart") at approximately 1:32 p.m. The Northlake Walmart is about 15 miles southwest of the Niles Walmart.

35.     Walmart surveillance captures BARZECU and Individual A entering the Northlake Walmart together at approximately 1:08 p.m. They are wearing the same clothes they were wearing at the Niles Walmart an hour earlier. A screenshot is below:



36.     Walmart surveillance shows Individual A placing a skimming device on a POS terminal at 1:32 p.m. A screenshot is below:



37.     At approximately 2:15 p.m., a Walmart employee removed the skimming device. Walmart records show that the skimming device had access to payment information for 7 payment cards, including 4 debit cards and 3 Visa card.

38.     Walmart surveillance appeared to show BARZECU and Individual A exiting the Walmart and getting into a red SUV, but surveillance did not capture details for the vehicle.

      **c.  January 31-February 10, 2022: BARZECU, Individual A and Individual B Deployed Skimming Devices at Wisconsin and Illinois Walmart Locations**

           **i.  January 31, 2022: Individual B and BARZECU Deployed Skimming Device at Muskego Walmart**

39.     On January 31, 2022, at approximately 10:27 a.m., a skimming device was placed on a POS terminal at Walmart Store #4677, located at W 159 S. 6530 Moorland Road, in Muskego, Wisconsin (the "Muskego Walmart").

40.     Walmart surveillance shows BARZECU and Individual B enter the Muskego Walmart parking lot at 10:17 a.m., in a dark colored SUV. Screenshots are below:





41.     Walmart surveillance shows Individual B and BARZECU entering the Muskego Walmart together at 10:21 a.m. Individual B is identifiable as the man with gray hair, wearing a Puma baseball cap. BARZECU is wearing the same puffy Adidas jacket that he was wearing in the December 21, 2021 and December 26, 2021, deployment of skimming devices at Chicago area Walmart stores. BARZECU has the

14

same build and beard as captured by the earlier surveillance footage. A screenshot is below:



42.     Walmart surveillance captured Individual B placing the skimming device on a POS terminal while BARZECU stands next to him and watches. A screenshot is below:



43.     Walmart surveillance captured Individual B and BARZECU exiting the Muskego Walmart together, getting into the same dark colored SUV, and exiting the Walmart parking lot at 10:31 a.m., shortly after they placed the skimming devices on the POS terminal. Screenshots are below:





44.     Walmart employees removed the skimming device at 1:34 p.m. on January 31, 2022. Walmart records show that the skimming device had access to payment information for 704 payment cards, including 345 debit cards, 7 American Express cards, 14 Discover cards, 80 Mastercard credit cards, 234 Visa cards, 6 Walmart credit cards, and 18 EBT cards.

### ii.  January 31, 2022: Individual B and BARZECU Deployed Skimming Device at Greendale Walmart

45.     On January 31, 2022, at approximately 11:17 a.m., Walmart surveillance captured Individual B and BARZECU jointly entering Walmart Store # 5668, located at 5301 S. 76th Street, Greendale, Wisconsin (the "Greendale Walmart").

The Greendale Walmart is about 6 miles west of the Muskego Walmart. A screenshot is below:



46.     At approximately 11:15 a.m., Walmart surveillance captured Individual B placing a skimming device on a POS terminal at the Greendale Walmart. A screenshot is below:



47.     Individual B and BARZECU exited the Greendale Walmart at approximately 11:29 a.m. Surveillance did not capture the vehicle in which Individual B and BARZECU exited the Greendale Walmart parking lot.

48.     Greendale Walmart employees removed the skimming device at approximately 1:14 p.m. on February 6, 2022.

> ### iii.   January 31, 2022: Individual A Deployed Skimming Device at Naperville Walmart

17

49.     On January 31, 2022, at approximately 1:48 p.m. Walmart surveillance captured Individual A, without any accomplices, entering Walmart Store #1401, located in Naperville, Illinois (the "Naperville Walmart").

50.     Walmart surveillance captured Individual A placing a skimming device on a POS terminal at 2:13 p.m. at the Naperville Walmart.

51.     Walmart surveillance captured Individual A exiting the Naperville Walmart at approximately 2:18 p.m. Surveillance from a nearby Starbucks captured Individual A in a white SUV. Surveillance did not capture identifying details for the vehicle.

52.     At approximately 4:40 p.m. on February 2, 2022, Walmart employees removed the skimming device.

### iv. February 4, 2022: Individual B and BARZECU Deployed Skimming Device at Milwaukee Walmart

53.     On February 4, 2022, at approximately 10:33 a.m., a skimming device was placed on a POS terminal at Walmart Store #5669, located at 4140 W. Greenfield Ave., in West Milwaukee, Wisconsin (the "Milwaukee Walmart").

54.     Walmart surveillance captured a dark-colored SUV matching the appearance of vehicle used in the January 31, 2022, Muskego Walmart skimming incident entering the Milwaukee Walmart parking lot area at 10:16 a.m. Video surveillance shows that the vehicle was a dark Mazda SUV bearing California license plate # 8XPT085 (the "Mazda"). Below is a screenshot with the license plate magnified:



55.     Walmart surveillance shows the Mazda parking in an adjacent parking lot, Individual B and BARZECU exiting the vehicle, and Individual B and BARZECU walking together into the Walmart.



56.     Walmart surveillance captured Individual B and BARZECU entering the Milwaukee Walmart at approximately 10:22 a.m. The footage shows Individual B wearing the same Puma baseball cap he was wearing on January 31, 2022; and BARZECU wearing the same puffy Adidas jacket that he was wearing in the previous

skimming incidents at Chicago area Walmart stores. He also has the same build and beard as captured by the earlier surveillance photos. A screenshot is below:



57.     Walmart surveillance footage shows Individual B placing the skimming device on a POS terminal at approximately 10:33 a.m. while BARZECU watches. A screenshot is below:



58.     Walmart surveillance footage shows Individual B and BARZECU exit the Milwaukee Walmart together, at approximately 10:36 a.m. Individual B and BARZECU then walked back to the Mazda and exited the parking lot in the Mazda. Screenshots are below:





59.     Milwaukee Walmart employees removed the skimming device on February 7, 2022, at approximately 11:19 a.m. The skimming device had access to payment information for 433 payment cards.

### v. February 4, 2022: Individual B and BARZECU Deployed Skimming Device at New Berlin Walmart

60.     On February 4, 2022, at approximately 10:57 a.m., Walmart surveillance captured Individual B and BARZECU entering Walmart Store #5438, located in New Berlin, Wisconsin (the "New Berlin Walmart"). The New Berlin Walmart is located about 9 miles west of the Milwaukee Walmart.

61.     At approximately 11:01 a.m., Walmart surveillance captured Individual B placing a skimming device on a POS terminal at the New Berlin Walmart while BARZECU stood next to him and watched.

62.     Walmart surveillance captured Individual B and BARZECU exiting the New Berlin Walmart at approximately 11:03 a.m. Surveillance did not capture the vehicle in which Individual B and BARZECU arrived or departed.

63.     At approximately 11:23 a.m. on February 6, 2022, Walmart employees removed the skimming device. The skimming device had access payment card information for 421 payment cards.

### vi. February 4, 2022: Individual B and BARZECU Deployed Skimming Device at Pewaukee Walmart

64.     On February 4, 2022, at approximately 11:28 a.m. Walmart surveillance captured Individual B and BARZECU entering Walmart Store #3322, located in Pewaukee, Wisconsin (the "Pewaukee Walmart"). The Pewaukee Walmart is located about 10 miles northwest of the New Berlin Walmart.

65.     Walmart surveillance captured Individual B placing a skimming device on a POS terminal at the Pewaukee Walmart while BARZECU stood next to him and watched.

66.     Walmart surveillance captured Individual B and BARZECU exiting the Pewaukee Walmart at approximately 11:38 a.m. Surveillance did not capture the vehicle in which Individual B and BARZECU arrived or departed.

67. The same day, at approximately 12:06 p.m., Walmart employees removed the skimming device. According to Walmart records, the skimming device did not have access to any payment card information.

### vii. February 7, 2022: Individual B and BARZECU Entered a Franklin Walmart Together, and Left Without Deploying a Skimming Device

68. On February 7, 2022, Walmart surveillance captured Individual B and BARZECU entering Walmart store # 1551 in Franklin, Wisconsin (the "Franklin Walmart") at 11:42 a.m. BARZECU is wearing a different jacket, but he has the same build, is wearing a similar hat, and has matching facial hair from previous incidents. Individual B has the same gray hair and Puma baseball cap seen in previous incidents.

 

69. Individual B and BARZECU did not place a skimming device on a POS terminal during this visit. They entered the store and left after 2 minutes. Surveillance video captures them exiting the Franklin Walmart at 11:44 a.m.

70.     Walmart surveillance captured Individual B and BARZECU entering the Mazda and departing in the Mazda. A screenshot is below:



**viii.   February 10, 2022: Individual A Deployed Skimming Device at Streamwood Walmart**

71.     On February 10, 2022, at approximately 3:45 p.m. Walmart surveillance captured Individual A entering Walmart Store #1420, located in Streamwood, Illinois (the "Streamwood Walmart").

72.     Walmart surveillance captured Individual A placing a skimming device on a POS terminal at 4:00 p.m. at the Streamwood Walmart.

73.     Walmart surveillance captured Individual A exiting the Streamwood Walmart at approximately 4:05 p.m. On February 17, 2022, Walmart employees removed the skimming device. The skimming device had access to payment card information for approximately 923 payment cards.

**d.   Law Enforcement Locates the Mazda**

74.     On February 8, 2022, I conducted a LEADS search using the Mazda's license plate number. The LEADS search revealed that the Mazda's license plate was issued to a 2021 Mazda SUV, VIN #JM3KFBCM2M0444897, leased to an Individual

C in Los Angeles, California.  According to law enforcement databases, Individual C owns a Autolux rent-a-car in West Hollywood, California.

75.     On February 8, 2022, law enforcement ran the Mazda's license plate number through the Automatic License Plate Reader (ALPR) system located in the CLEAR database. The ALPR system uses high-speed cameras to record vehicle license plates and allows law enforcement to determine where vehicles involved in criminal activity have travelled.

76.     The ALPR system indicated that the Mazda was in Skokie, Illinois on numerous occasions between October 10, 2021 and February 7, 2022.

77.     On February 9, 2022, law enforcement conducted an additional search for the Mazda on the ALPR system. According to the ALPR system, the Mazda was parked outside a garage near Lincoln Avenue and Skokie Boulevard in Skokie, Illinois on February 9, 2022, at approximately 12:42 a.m.

78.     On that same date, law enforcement conducted a search of the area of Lincoln Avenue and Skokie Boulevard in an effort to locate the Mazda. During this search, law enforcement located a vehicle matching the description and license plate number of the Mazda. This vehicle was located, parked in the driveway in front of a townhome located at 7416a Lincoln Avenue in Skokie, Illinois.

79.     On February 10, 2022, the Illinois Tollway Authority regarding provided tollway usage records for the Mazda. According to a representative of the Illinois Tollway Authority, the Mazda had received 13 tollway violations between January 1

and February 10, 2022, all of which appeared to occur on the tollway system between Skokie, IL, and Wisconsin.

80.    The Illinois Tollway Authority records contained photographs of a January 31, 2022, violation involving the Mazda depicted the front end of the vehicle and showed the face of the passenger of the vehicle. The individual captured on surveillance matches the appearance of Individual B. A screenshot is below:



81.    As set forth above, earlier that day, on January 31, 2022, BARZECU and Individual B used the Mazda to travel to the Greendale Walmart and the Muskego Walmart to deploy skimming devices.   BARZECU and Individual B exited the Greendale Walmart at 11:29 a.m., about 2 hours before the Mazda was depicted at Illinois Toll Plaza 21. Illinois Toll Plaza 21 is about 40 miles south of the Greendale Walmart.

### e. February 11, 2022: Individual B and BARZECU Commit ATM Fraud Using Fraudulent Debit Cards

82.    According to a fraud investigator from Landmark Credit Union, on February 11, 2022, two unknown males committed ATM fraud at a Landmark Credit Union branch in Greenfield, Wisconsin. Landmark Credit Union reported that one of the males made six withdrawal attempts on three debit cards and was successfully able to withdraw $400 with one card. After withdrawing $400, surveillance showed

him walking over to a vehicle in an adjacent parking lot. A few minutes later, another man walked over to the ATM from the same vehicle. The second man attempted four transactions on three cards, all of which were unsuccessful.

83.     I reviewed surveillance footage from Landmark Credit Union relating to this incident. The unknown males who attempted the ATM transactions match the appearance of Individual B and BARZECU. Individual B is wearing the same baseball cap as in previous skimming incidents. BARZECU has the same build and facial hair as in previous skimming incidents. The vehicle that they used in connection with the ATM fraud is a dark-colored SUV that matches the general appearance of the Mazda. Screenshots are below:







### f. Walmart Reports Additional Skimming Incidents Involving Individual B, BARZECU, and Individual A

84.    On February 25, 2022, a Walmart internal investigator informed me that individuals matching the description of Individual B and BARZECU were observed on video surveillance placing overlay skimming devices on POS terminals at Walmart locations in Shakopee and Lakeville, Minnesota on February 23, 2022.

85.    On February 26, 2022, a Walmart internal investigator informed me that an individual matching the description of Individual A was observed on video surveillance placing overlay skimming devices on POS terminals at Walmart locations in New Lenox and Joliet, Illinois. Surveillance captured Individual A entering a parking area near the Walmart Joliet in a grey or silver Kia 4 door sedan.

### g. Law Enforcement Obtains a GPS Tracking Warrant and Conducts Surveillance of the Individual B and BARZECU

86.    On February 18, 2022, Magistrate Judge Jeffrey Cole of the Northern District of Illinois signed a warrant allowing law enforcement to place a GPS tracking device on the Mazda. Law enforcement placed the tracker on the Mazda at approximately 11:40 p.m. on February 22, 2022.

87.    On March 2, 2022, law enforcement observed that the tracker device on the Mazda showed movement. Law enforcement conducted surveillance on the Mazda using the tracking device and in-person observation.

88.    At approximately 7:15 a.m. on March 2, 2022, I arrived at Fresh Farms International Market at 5740 W Touhy Avenue in Niles, Illinois to obtain surveillance

footage of the Mazda, which was observed at that location via the GPS tracking device.

89.     While viewing video surveillance, I observed Individual B and BAZECU enter the parking lot driving the Mazda. I observed Individual B and BAZECU exit the Mazda and walk through the Fresh Farms International Market parking lot. Individual B and BARZECU matched their appearance from previous surveillance photos and video. Specifically, Individual B appeared to have the same blue jacket and grey hair pictured in previous surveillance footage. BARZECU had a scruffy beard and heavy build, as seen in previous surveillance footage. BARZECU was not wearing any face covering at this time. I was able to take photos of both Individual B and BARZECU, shown below:



90.     I also observed, and took pictures of, a tattoo on BARZECU's upper back and neck. The tattoo appears to depict an eagle. This tattoo matches a tattoo on BARZECU captured in previous surveillance photos at a Walmart location where BARZECU deployed skimming devices. Below are pictures of the neck tattoo. On the left is the picture from the Fresh Farms International Market parking lot on March 2, 2022. On the right is a surveillance photo from the Northlake Walmart on December 26, 2021.



### h. March 13-14, 2022: Law Enforcement Identifies Individual B and BARZECU

91.     On March 14, 2022, law enforcement conducting surveillance, observed BARZECU driving the Mazda with Individual B sitting in the passenger seat.

At approximately 1:03 p.m., law enforcement observed the Mazda travelling 52 miles per hour in a 40 mile per hour zone. Law enforcement conducted a traffic stop of the Mazda at 1501 Lake Cook Road in Buffalo Grove.

92.     During the traffic stop, the driver provided law enforcement with a Romanian identification card with the name, "Mircea Barzecu." The picture on the identification card matched the appearance of BARZECU. The passenger, Individual B, produced a Hungarian identification card. The picture on the identification card matched the appearance of Individual B. Law enforcement observed that BARZECU had a tattoo matching the eagle tattoo observed in previous surveillance photos from a skimming incident on BARZECU's upper back and neck.

93.     During the traffic stop, BARZECU stated that he had been in the United States for the last two months and in the Chicago area for several weeks. BARZECU stated that he had been staying at a hotel in Chicago. He could not remember the name of the hotel, but he looked it up on his phone and identified the hotel as the Hyatt Centric Hotel at 633 St. Clair Street in Chicago. BARZECU stated he and Individual B were in the business of buying used cars on the internet. BARZECU stated that he was in Buffalo Grove to look at cars for sale. BARZECU stated that Individual B rented the Mazda. Individual B said that he did not speak English.

94.     BARZECU and Individual B also provided a rental agreement from Auto Lux Rent A Car showing that the Mazda was rented to Individual B.

### i.   BARZECU and Individual B Travel to Colorado

95.     On March 14, 2022, two hours after the traffic stop in Buffalo Grove, the tracker device showed the Mazda traveling southwest to St. Louis. On March 15, 2022, the Mazda travelled to Kansas City, west into Kansas, and stopped in Lakewood, Colorado for the night.

96.     On March 16, 2022, law enforcement conducted surveillance on the Mazda in and around Lakewood, Colorado and Littleton, Colorado. Law enforcement observed BARZECU and Individual B enter two Colorado Walmart locations and attempt to use counterfeit access device. Law enforcement surveillance observed them travel to several other retail stores and ATM machines and use or attempt to use access devices and payment cards.

97.     Visa, Inc. is headquartered in Foster City, California. American Express is headquartered in New York, New York. Mastercard is headquartered in Purchase, New York.

98.     Walmart transactions are processed at data centers in either Colorado or Arkansas.

## III.   CONCLUSION

99.     Based on the above, I submit that there is probable cause to believe that from on or about December 21, 2021 to on or about December 26, 2022, MIRCEA BARZECU conspired with Individual A to knowingly, and with intent to defraud, possess fifteen or more unauthorized access devices, namely credit and debit card numbers, affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 1029(b)(2).

FURTHER AFFIANT SAYETH NOT.

/s/ William Chrones
WILLIAM CHRONES
Special Agent
United States Secret Service

SWORN TO AND AFFIRMED by telephone March 17, 2022.

HON. SHEILA M. FINNEGAN
UNITED STATES MAGISTRATE JUDGE